

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00077-CV
_____

TOM MILLER, APPELLANT

V.

F-40 MOTORSPORTS, APPELLEE

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 15-9; Honorable Ron Enns, Presiding

May 20, 2016

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this court is a motion to dismiss filed by Appellant, Tom Miller. By this motion, Miller represents that he and Appellee, F-40 Motorsports, have entered into a settlement and resolved all claims and causes of action. Without passing on the merits of the appeal, Miller's motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). As the motion does not indicate an agreement of the parties

regarding the allocation of costs, all costs on appeal shall be taxed against the parties incurring them. *Id.* at 42.1(d). Having dismissed this appeal at Miller's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam